**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of California

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jax Properties, LLC, a Delaware limited liability company |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 32-0669783 |
| 4. | **Debtor's address** | **Principal place of business**<br>636 C Street<br>Number  Street<br><br>San Diego    CA   92101<br>City       State  ZIP Code<br><br>San Diego County<br>County | **Mailing address, if different from principal place of business**<br>Number  Street<br><br>P.O. Box<br><br>City       State  ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number  Street<br><br>City       State  ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  Jax Properties, LLC, a Delaware limited liability company    Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
         District _____ When __/__/____
         Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

| Debtor | Jax Properties, LLC, a Delaware limited liability company | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number        Street
                        _____
                        City                           State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name        _____
       Phone               _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 3

| Debtor | Jax Properties, LLC, a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/28/2022
            MM / DD / YYYY

✖ /s/ Jack Rafiq  
Signature of authorized representative of debtor

Jack Rafiq  
Printed name

Title  Principal of Corporate Manager

**18. Signature of attorney**

✖ /s/ Bernard Hansen  
Signature of attorney for debtor

Date  06/28/2022
      MM / DD / YYYY

Bernard Hansen  
Printed name

Law Office of Bernard M. Hansen  
Firm name

3465 Camino del Rio, South #250  
Number       Street

San Diego  
City

CA  
State

92108  
ZIP Code

619-283-3371  
Contact phone

bernardmhansen@sbcglobal.net  
Email address

115751  
Bar number

CA  
State

**Fill in this information to identify the case:**

Debtor name: Jax Properties, LLC, a Delaware limited liability company

United States Bankruptcy Court for the: Southern District of California

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | San Diego Public Utilities<br>PO Box 129020<br>San Diego, CA | | Utility Services | | | | 14,819.37 |
| 2 | SDG&E<br>PO Box 25111<br>Santa Ana, CA, 92799 | | Utility Services | | | | 5,200.00 |
| 3 | Antoine Martin<br>636 C Street<br>#506<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 4 | Ladislav Pokluda<br>636 C Street<br>#416<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 5 | Upolu Ava<br>636 C Street<br>#317<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 6 | Earnest Rabb<br>636 C Street<br>#316<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 7 | Dean Patrick Wingo<br>636 C Street<br>#315<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 8 | Arthur Martinez<br>636 C Street<br>#220<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |

Debtor  Jax Properties, LLC, a Delaware limited liability company    Case number (*if known*)
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Divina Kaiser<br>636 C Street<br>#417<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 10 | Walter Eugene Simpson<br>636 C Street<br>#217<br>San Diego, CA, 92108 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 11 | Michael Scott Hayes<br>636 C Street<br>#201<br>San Diego, CA, 92101 | | Relocation Benefit Amount | Disputed | | | 4,720.00 |
| 12 | Lawrence Small<br>636 C Street<br>#409<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 13 | Zenon Monroy<br>636 C Street<br>#309<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 14 | Tamara Dawn Henry<br>636 C Street<br>#203<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 15 | Princeton Lee<br>636 C Street<br>#312<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 16 | Gary Hyatt<br>636 C Street<br>#402<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 17 | Ramona Navarro<br>636 C Street<br>#303<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 18 | Tommy Jay France<br>636 C Street<br>#302<br>San Diego, CA, 92101 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 19 | James Chantiles<br>636 C Street<br>#301 | | Relocation Benefit | Disputed | | | 4,720.00 |
| 20 | Cintas Fire<br>8254 Ronson Road<br>San Diego, CA, 92111 | | | Disputed | | | 3,000.00 |

United States Bankruptcy Court
Southern District of California

In re: Jax Properties, LLC, a Delaware limited liability company

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/28/2022

/s/ Jack Rafiq
Signature of Individual signing on behalf of debtor

Principal of Corporate Manager
Position or relationship to debtor

Antoine Martin
636 C Street
San Diego, CA 92101

Arthur Martinez
636 C Street
San Diego, CA 92101

Cintas Fire
8254 Ronson Road
San Diego, CA 92111

Dean Patrick Wingo
636 C Street
San Diego, CA 92101

Divina Kaiser
636 C Street
San Diego, CA 92101

Earnest Rabb
636 C Street
San Diego, CA 92101

Fast Fire Watch Company
6298 Amberwoods Dr.
Boca Raton, FL 33433

Gary Hyatt
636 C Street
San Diego, CA 92101

James Chantiles
636 C Street

Ladislav Pokluda
636 C Street
San Diego, CA 92101

Lawrence Small
636 C Street
San Diego, CA 92101

Michael Scott Hayes
636 C Street
San Diego, CA 92101

Princeton Lee
636 C Street
San Diego, CA 92101

Ramona Navarro
636 C Street
San Diego, CA 92101

San Diego Public Utilities
PO Box 129020
San Diego, CA

SDG&E
PO Box 25111
Santa Ana, CA 92799

Tamara Dawn Henry
636 C Street
San Diego, CA 92101

Tommy Jay France
636 C Street
San Diego, CA 92101

Upolu Ava
636 C Street
San Diego, CA 92101

Walter Eugene Simpson
636 C Street
San Diego, CA 92108

Zenon Monroy
636 C Street
San Diego, CA 92101